UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAL JAMES HLAVA, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, Acting Commissioner of Social Security, <br><br> Defendant. | Case No.: 18cv228-WQH-JMA <br><br> **ORDER** |

HAYES, Judge:

On January 31, 2018, Plaintiff Hal James Hlava initiated this action by filing a Complaint for Review of Final Decision of the Commissioner of Social Security pursuant to 42 U.S.C. § 405(g) and a Motion to Proceed In Forma Pauperis. (ECF Nos. 1, 2).

All parties instituting a civil action, suit, or proceeding in a district court of the United States, other than a petition for writ of habeas corpus, must pay a filing fee of $400.00. *See* 28 U.S.C. § 1914(a); S.D. Cal. CivLR 4.5. An action may proceed despite a party's failure to pay only if the party is granted leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook,* 169 F.3d 1176, 1177 (9th Cir. 1999). "To proceed in forma pauperis is a privilege not a right." *Smart v. Heinze*, 347 F.2d 114, 116 (9th Cir. 1965).

1     The Affidavit filed by Plaintiff states that he is unable to pay the costs of these proceedings. (ECF No. 2 at 1). Plaintiff is unemployed and does not have any money in a bank account or any other financial institution. After review of Plaintiff's motion and affidavit, the Court concludes that Plaintiff cannot afford to pay the costs of these proceedings and is entitled to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a).

    IT IS HEREBY ORDERED that Plaintiff's motion to proceed in forma pauperis is GRANTED. (ECF No. 2).

    IT IS FURTHER ORDERED that all matters arising in this social security case are referred to the Honorable Jan M. Adler, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.1(c).

Dated: February 7, 2018

Hon. William Q. Hayes
United States District Court